UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

IN RE:

KEVIN J EWELL

    Debtor

Case No. 13-20539-DWK

Chapter 7

---

SPECIALIZED LOAN SERVICING LLC FOR THE
BENEFIT OF FEDERAL HOME LOAN MORTGAGE
CORPORATION

    Movant

vs.

KEVIN J EWELL

    Debtor/Respondent

and

SEAN C. LOGAN

    Trustee/Respondent

---

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Specialized Loan Servicing LLC for the benefit of Federal Home Loan Mortgage Corporation ("Movant"), by and through counsel, and respectfully represents as follows:

1. The court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157.

2. Movant is a mortgage lender/servicer.

3. On or about June 19, 2013, Kevin J Ewell ("Debtor") filed a voluntary petition for relief in this Court under Chapter 7 of the United States Bankruptcy Code.

4. Sean C. Logan is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

5. At the time of the initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Wicomico County, Maryland, and improved by a residence known as 107 North Brown Street, Fruitland, MD 21826 (the "Property").

6. The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county. A copy of the Deed of Trust is attached hereto.

7. The Deed of Trust secures payment of a Promissory Note now payable to Movant. A copy of the Note is attached hereto.

BWW#: 171783

8. The amount due under the Deed of Trust securing the Note payable to Movant as of September 10, 2013 is approximately $44,195.43, plus per diem interest and attorney's fees and court costs related to the present Motion for Relief from Automatic Stay.

9. The Debtor is contractually due for the January 01, 2013 payment and every payment thereafter. More specifically the Debtor is contractually due for the January 01, 2013 through October 01, 2013 monthly payments, each in the approximate amount of $820.27, plus late charges and attorney's fees and costs incurred with the filing of the present motion. An Arrearage Worksheet is attached hereto, which lists both pre and post petition amounts due.

10. The approximate total debt is as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $41,153.08 |
| Interest Due | $1,593.97 |
| Late Fees | $0.00 |
| Escrow Advance Balance | $1,448.38 |
| Pro Rata MIP/PMI | $0.00 |
| Corporate Advance Balance | $0.00 |
| Less:  Suspense Balance | $0.00 |
| Total: | $44,195.43 |

11. The Movant avers that there is no equity in the Property because the total liens against the Property exceed its fair market value. Based on a recent Broker's Price Opinion, the current value of the Property is $34,000.00. A copy of the Broker's Price Opinion is attached hereto.

12. The Movant lacks adequate protection of its interest in the Property.

13. The Movant has been and continues to be irreparably injured by the stay of 11 U.S.C. §362(a) of the Bankruptcy Code, which prevents Movant from enforcing its rights under its Note and Deed of Trust.

14. Cause exists for lifting the automatic stay imposed by 11 U.S.C. §362(a) of the Bankruptcy Code so as to enable the Movant to enforce its rights under its Note and Deed of Trust.

WHEREFORE, the Movant its successors and/or assigns prays that this court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. §362(a) of the Bankruptcy Code so as to enable Movant to proceed with a foreclosure action in the Circuit Court for Wicomico County, Maryland against the property located at 107 North Brown Street, Fruitland, MD 21825, and to allow the successful purchaser at the foreclosure sale to obtain possession of same; and

2. Grant such other and further relief as may be just and necessary.

Dated: October 17, 2013      Respectfully Submitted,

**BWW Law Group, LLC**

  /s/ *Can Erim, Esq.*
Can Erim, Esq., MD Fed. Bar No. 29931
BWW Law Group, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
(301) 961-6555
(301) 961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of October, 2013, the following person(s) were or will be served a copy of the foregoing Motion for Relief from Automatic Stay via the CM/ECF system or by first class mail, postage prepaid:

Sean C. Logan, Trustee
2530 Riva Road, Suite 400
Annapolis, MD 21401

Christina M. Alfonsi, Attorney at Law
132 E. Main Street
Suite 100
Salisbury, MD 21801

Kevin J Ewell
107 North Brown Street
Fruitland, MD 21826

  /s/ *Can Erim, Esq.*
Can Erim